# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Stuart, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Scottsdale, et al., <br><br> Defendants. | No. CV-17-01848-PHX-DJH <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order filed March 16, 2021, judgment of dismissal is entered, and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

March 16, 2021

s/ L. Figueroa
By:  Deputy Clerk