1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Stuart, et al., | **NO. CV-17-01848-PHX-DJH** |
| Plaintiffs, | |
| | **AMENDED JUDGMENT** |
| v. | **IN A CIVIL CASE** |
| City of Scottsdale, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that there is no just reason to delay entry of final judgment pursuant to Federal Rule of Civil Procedure 54(b).  IT IS ORDERED entering an Amended Judgment in favor of all Defendants on Counts One, Three, Four, Five, Six, Seven, Eight, Ten, Eleven, Twelve, Thirteen, Fourteen, Fifteen, Sixteen, Seventeen, Eighteen, and Nineteen of Plaintiff's First Amended Complaint, which are **DISMISSED**, with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 9, 2022

                                    s/ L. Dixon
                        By    Deputy Clerk