# EXHIBIT 3

Scott L. Claus (#014999)
sclaus@dickinsonwright.com
Vail C. Cloar (#032011)
vcloar@dickinsonwright.com
Holly M. Zoe (#032011)
hzoe@dickinsonwright.com
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004-4568
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
(Firm Email: courtdocs@dickinsonwright.com)
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Stuart, | Case No.: 2:17-cv-01848-DJH |
| Plaintiff, | |
| v. | **DECLARATION OF MAYOR JIM LANE** |
| City of Scottsdale, et al., | |
| Defendants. | |

Mayor Jim Lane submits the following declaration under penalty of perjury:

1. On February 7, 2017, I was the Mayor of the City of Scottsdale.
2. One of my duties as Mayor was to preside over Council Meetings.
3. Of my responsibilities as Mayor was to ensure that Council Meetings were orderly and efficient.
4. Another responsibility was to ensure that public comment conformed with Arizona law, as I understood it.
5. Prior to the February 7, 2017 City Council Meeting, I learned that Mark Stuart planned on speaking during the public comment period on matters outside the jurisdiction of the Council—namely, he intended to advocate and solicit

- 1 -

signatures for a ballot initiative, which would have required the City to devote resources for an unlawful purpose.

6. Nonetheless, I invited Mr. Stuart at the February 7, 2017 Council Meeting to speak during the public comment period.

7. I attempted to remind Mr. Stuart that he could speak on any matter he wished, and express any viewpoint he wished, so long as it was a matter within the jurisdiction of the City Council.

8. However, Mr. Stuart repeatedly interrupted me, attempted to speak over me, and repeatedly expressed his *intent* to speak on matters that were not within the jurisdiction of the City.

9. Based on his persistent hostility, belligerence, and defiance, I determined that Mr. Stuart was interfering with the orderly conduct of the Council Meeting. Therefore, I asked Mr. Stuart to yield the podium.

10. He refused.

11. Therefore, I asked Officers in attendance to escort Mr. Stuart from the podium.

12. I did not instruct or ask any Scottsdale Officer to arrest Mark Stuart.

13. It is my understanding that Mark Stuart was arrested for Trespass and Refusal to Obey a Police Officer, and that Mr. Stuart was convicted of the latter charge.

14. However, I did not learn of Mr. Stuart's arrest until after it had occurred.

Dated this ___ day of January, 2023.

By: _____
Mayor Jim Lane

4869-8729-3771 v1 [53387-7]